FILED

SEP 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1   JUNJI SUZUKI (SBN 184738)
    junji@marshallsuzuki.com
2   MARSHALL SUZUKI LAW GROUP, LLP
3   230 California Street, Suite 415
    San Francisco, CA 94111
4   Telephone: (415) 618-0090
    Facsimile: (415) 618-0190
5   Attorney for Applicant,
6   Medical Incorporated Association Smile Create

7

8              UNITED STATES DISTRICT COURT

                                                  VKD
9            NORTHERN DISTRICT OF CALIFORNIA

10   CV-19  80230 MISC

11   In re Ex Parte Application of          )   Case No:
                                            )
12                                          )   DECLARATION OF YUICHI
13   MEDICAL INCORPORATED                   )   FUNAKOSHI IN SUPPORT OF EX
     ASSOCIATION SMILE CREATE,              )   PARTE APPLICATION FOR ORDER
                                            )   PURSUANT TO 28 U.S.C. § 1782
14                                          )   PERMITTING DISCOVERY FOR USE IN
                        Applicant.          )   FOREIGN PROCEEDING
15                                          )

16   _____

17

18   I, Yuichi Funakoshi, declare as follows:

19   1.  I am an attorney duly licensed to practice law in Japan. I am a partner at Toda Sogo
20       Law Office, a legal professional corporation organized and existing under the laws of
21       Japan.  Applicant, Medical Incorporated Association Smile Create ("MIASC"), a
22       medical incorporated association organized and existing under the laws of Japan,
23       retained me and my firm to initiate a civil lawsuit against those liable for defamation
24       and unlawful business interference under Japanese law as soon as their identities have
25       been ascertained through discovery.

26   2.  I have personal knowledge of each matter stated herein.

27   3.  I submit this declaration in support of MIASC's Ex Parte Application for Order
28       Pursuant to 28 U.S.C. § 1782 (the "Application").



In re Ex Parte Application of Medical Incorporated Association Smile Create
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

4. "Jingumae Orthodontic Clinic" ("神宮前矯正歯科" in Japanese), an orthodontic clinic in Tokyo, Japan opened in November of 2001. MIASC has been operating this clinic since February of 2006. In the months from March to May of 2019, multiple reviews described in Exhibit A attached hereto (the "Subject Reviews") were posted on the Google Map review page concerning "Jingumae Orthodontic Clinic" through five different Google Accounts whose display names are "あ あ", "あ あ", "ほやほやっこ", "milky way", and "k ta", respectively (collectively the "Subject Google Accounts"). Although first two display names are same, they are different account. Exhibit A is a true and correct copy of the Subject Reviews on the review page as of September 9, 2019. The Subject Reviews were posted with one-star or two-stars ratings and offensive comments. Based on my investigation into this matter, which includes interviewing of MIASC personnel and reviewing of pertinent records, all the comments constitute defamation and/or unlawful business interference under Japanese law.

5. Considering the facts above, it is my opinion as a Japanese lawyer that the Subject Reviews were posted for harassment purposes and constitute defamation and unlawful business interference under Japanese law.

6. Therefore, MIASC intends to bring a lawsuit in Japan against the person(s) associated with the Subject Google Accounts as soon as the person(s)' identities have been ascertained through the discovery sought by the Application.

7. In order to identify the person(s) who committed unlawful acts against MIASC through the Subject Google Accounts, it is crucial for MIASC to obtain the information relevant thereto. In particular, the information relating to the Subject Google Accounts, as specified in the proposed subpoena concurrently filed with the Application, would be critical and highly relevant in identifying the perpetrators. Obviously, access logs when the Subject Reviews were posted and access log for each login are highly relevant and necessary, but some or all of them may be unavailable because records of older access are generally erased after a short period of time (usually 3 to 6 months), in which case

In re Ex Parte Application of Medical Incorporated Association Smile Create
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

1    subsequent access logs after the Subject Reviews were posted will become highly

2    relevant and necessary for MIASC.

3    8.  The Subject Google Accounts are maintained by Google[1], located in Mountain View,

4        California[2]. Google is not a party to the anticipated Japanese lawsuit described above.

5    9.  I am not aware of any restrictions imposed by or any policies under Japanese law

6        limiting the proof-gathering proceeding in the manner proposed and for the purposes

7        stated herein and in the Application.

8    10. Based on the above, the documents sought from Google are highly relevant to MIASC's

9        anticipated Japanese lawsuit and are narrowly tailored and limited to the discovery

10       materials related to the Subject Google Accounts through which the identities of the

11       defendants to the anticipated Japanese lawsuit could be ascertained and nothing further.

12       I declare under penalty of perjury under the laws of the United States that the foregoing

13   is true and correct.

14

15   Dated: _September 19_, 2019        By: _船越 雄一_

                                           Yuichi Funakoshi
16

17   [1] https://about.google/intl/en/products/.

18   [2] https://about.google/intl/en/locations/.

19

20

21

22

23

24

25

26

27

28

In re Ex Parte Application of Medical Incorporated Association Smile Create
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

神宮前矯正歯科

矯正歯科
神宮前3丁目

場所の詳細



 ああ

★★★★★ 4か月前
今は詳しくは書けませんが、milky wayさんと似た状況です。
本当にここはやめた方が良い。
しかも装置を外した歯は虫歯だらけ。

自分だけだと思っていましたが、ここを見て同じように思っ
ている人が他にもいることを知りびっくりです。

毎回歯のクリーニングをすることになっているのですが、面
倒なのかサボる衛生士が複数いるのもモヤモヤします。

医師に矯正についてこちらの意見を言っても、否定や言い訳
(?)をされることが多く参っています。
ああ言えばこう言うという感じで、患者の意見は受け入れま
せん。
病院側も誤りはなかなか認めません。

診察の予約も混み合っていて取りづらいです。
新患入れすぎだと思います。
1ヶ月~1ヶ月半先になるのはざらですね。

院内に複数の医師がいるので、それによって当たりはずれが
あり評価が分かれてる部分はありそうです。

### 神宮前矯正歯科

矯正歯科
神宮前３丁目
場所の詳細



 ああ

★★★★★ ６か月前

あまり良い矯正歯科医院ではないです。
スマイルクリエーターなる歯科衛生士多数がいますが劣悪な
対応(タメ口を使用する、高圧的に接客する、意図的に矯正装
置を適当に付けた)をするスマイルクリエーターの方がいま
す。
また医院長先生も矯正器具をセットした際に大雑把に見る(矯
正装置が不完全な状態で確認をとられた)ことと非常に簡単な
状況説明をされるだけです。
スマイルクリエーターの方はお客様を見て対応を変えている
印象を持ちました。
離職率が高く人の入れ替わりが激しい歯科医院です。裏側の
矯正とネットの評判が良かったため決定しましたが間違いだ
ったと思っています。

3

神宮前矯正歯科

矯正歯科

神宮前3丁目

場所の詳細



 ほやほやっこ

★ ★ ★ ★ ★ 6か月前

現在通院中です。クチコミを見て、私と同じ想いの人もいる
のだと知り書き込みをしようと思いました。

歯科衛生士さんがワイヤーの調整をしていること、私もずっ
ともやもやしていました。
この前は部屋に入った瞬間すぐに歯科衛生士さんによるワイ
ヤー交換が始まり驚きました。
普通は歯の現状を先生に見てもらい、そのあとにワイヤー交
換をするのではないですか？
やはり新規の人を入れる事ばかり考えていて、契約した人に
大してはズボラな気がします、、
カウンセリングでいいなと思い、期待を込めて、それから病
院を信じて高額払っています。これから改善してもらえると
いいなと思います。
それから私もワイヤーが歯の粘膜に刺さり次の調整までずっ
と痛い思いをした事があります。
ワイヤー調整している時にずっとワイヤーが粘膜に刺さって
いる事もありました。痛みには耐えましたがその後炎症を起
こし結局歯医者に行き処置をしてもらいました。詳しくは書
きませんが、結構酷い炎症でした。
本当に、次はどんな痛いことがあるのかと毎回不安です。
時々歯が痛むので虫歯もできてそうですが、とくに虫歯チェ
ックはしていないと思います。
あと院長先生には初回カウンセリングで会ったっきりです。
これも謎です。。。
不信感が拭えません。。
高額払ってガタガタのまま終了したらと思うと。。

正直、どうしてこんなに高評価ばかりなのか不思議でした。
たしかにみなさんの人柄は良いのですが。
今後に期待させてください。。

気持ちに変化が起きたらこの口コミは削除させていただきま
す。

4

神宮前矯正歯科

矯正歯科

神宮前3丁目

場所の詳細



 milky way

★★★★★ 6か月前

現在も矯正のためにここに通ってますが、絶対にお勧めでき
ない矯正歯科です。値段が高いだけで、何もいいことはあり
ません。やめた方がいいです。

まず、予約が全くとれません。1カ月半～2カ月とれないのは
当たり前。当然ながら、都合が悪くなって予約のとりなおし
も簡単にはできず、またそこから1カ月半以上待つはめになり
ます。予約取れない混雑状況のくせに新患をどんどん契約し
て、予約取れない状況を改善しようともせず、ほんと金儲け
のことしか考えていない。

矯正はじめて2年。「もうすぐ装置外します」と先生に言われ
ましたが、自分的にはあまりきれいな歯並びになっておらず
納得いかなかったので、他院でセカンドオピニオンで相談に
行ったところ、「こんながちゃがちゃな状態で装置外して終
了するなんてありえないです」と言われました。150万払って
他の医者も驚くようなこんな汚い歯並びのままで矯正を終了
される患者の気持ち考えないのでしょうか。

そもそも装置の取り付けや取り外し、メンテナンス、ワイヤ
ー交換など麻酔注射以外のほぼすべての作業は、担当医では
なく歯科衛生士？がやります。歯科医は最後に数分様子み
て、治療の状況を説明してくれるだけ。歯科衛生士がほぼ矯
正作業を行うということも、最初のカウンセリング時に説明
は一切ありませんでした。知っていたらここの歯科で矯正は
しませんでした。歯科衛生士のレベルもピンキリ。色々なこ
とが雑で下手な人も多々います。また、床に落ちた器具を患
者が気づいてないと思ったのでしょう、そのまま使うような
方もいます（床に落ちた器具をそのまま口に入れられまし
た。）

とにかくあげたらきりがない程、不満・不信感しかありませ
ん。有名だからっていいとも限らないです。

5

**神宮前矯正歯科**

矯正歯科
神宮前3丁目

場所の詳細



---

 k ta

★ ★ ★ ★ ★ 6か月前

他の方も書かれていますが、本当に言い方と態度が冷酷で酷い。医者には患者のせいにするような嫌味な言い方をされたり、ボソボソ感じの悪い話し方をする衛生士さん？もいたり、大金払っている患者をなんだと思っているのでしょうか。処置そのものも数年間で我慢してきたことがたくさんあります。一本何万もするネジを打たれ、その後すぐにグラついたり、調整する方の技術が低すぎるのかワイヤーが口内に刺さりまくりでそれも長時間かかり、かなり苦痛でした。ここに来ることがかなりのストレスです。また歯が痛いと訴えても矯正に伴うものだから心配ないと言われたのにワイヤーを外して他の歯医者に行ってみると虫歯が神経まで達していると言われ神経を抜くことになったり。予約も全然取れません。これから矯正始める方、よく他院と比較した方がいいと思います。